## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| DEILY DANIEL RODRIGUEZ CARABALLO, | : | |
| | : | |
| Plaintiff, | : | CIVIL ACTION NO: |
| | : | |
| vs. | : | |
| | : | |
| SAFEGUARD PROPERTIES, LLC and | : | |
| SAFEGUARD PROPERTIES | : | |
| MANAGEMENT, LLC, | : | |
| | : | |
| Defendants. | : | JURY TRIAL DEMANDED |

## NOTICE OF REMOVAL

TO THE HONORABLE JUDGES IN THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF NEW YORK:

Defendant, Safeguard Properties Management, LLC, by and through its attorneys, Rawle & Henderson LLP, respectfully avers upon information and belief as follows:

1. Plaintiff, Deily Daniel Rodriguez Caraballo [hereinafter "Plaintiff or Caraballo"] filed a Complaint in the Supreme Court of the State of New York, County of Kings, under Index No. 537157/2022 against, Safeguard Properties, LLC and Safeguard Properties Management, LLC on December 21, 2022. *See* Plaintiff's Complaint, attached hereto as Exhibit "A."

2. The plaintiff served the Summons and Complaint upon Safeguard Properties Management, LLC at its registered agent for service, CSC, 80 State Street, Albany, New York 12207 on December 30, 2022. *See* Affidavit of Service, attached hereto as Exhibit "B."

3. Since the period of time to file the removal ended on Sunday, January 29, 2023, pursuant to Federal Rule of Civil Procedure 6(a)(1(C), the period continued to run until the end of the next day that is not a Saturday, Sunday or legal holiday. As such, this Notice of Removal is timely.

4.      Plaintiff alleges that on August 26, 2022, he was injured in a trip and fall accident at 282 Cleveland Street, in the County of Kings, City and State of New York and that the 282 Cleveland Street was owned by both Safeguard Properties, LLC and Safeguard Properties Management, LLC  *See generally* Exhibit "A"

5.      Plaintiff alleges that defendants were negligent in causing the August 26, 2022 accident and that he sustained serious injuries as a result thereof.  *See generally* Exhibit "A" at ¶ 63.

6.      In particular, plaintiff alleges the following:

> 67.     That by reason of the foregoing and the negligence of Defendant(s), the Plaintiff DEILY DANIEL RODRIGUEZ CARABALLO was injured, bruised and wounded, suffered, still suffers and will continue to suffer for some time physical pain and bodily injuries and became sick, sore, lame and disabled and so remained for a considerable length of time.
>
> 68.     That by reason of the foregoing, the Plaintiff DEILY DANIEL RODRIGUEZ CARABALLO was compelled to and did necessarily require medical aid and attention, and did necessarily pay and become liable therefore, for medicines and upon information and belief, Plaintiff will necessarily incur similar expenses.
>
> 69.     That by reason of the foregoing, the Plaintiff DEILY DANIEL RODRIGUEZ CARABALLO has been unable to attend to his usual occupation in the manner required.

                    *                    *                    *

> 71.     That by reason of the foregoing, plaintiff, DEILY DANIEL RODRIGUEZ CARABALLO sustained damages in an amount which exceeds the jurisdictional limits of all other Courts which would otherwise have jurisdiction.
>
> 72.     That by reason of the foregoing, the Plaintiff, DEILY DANIEL RODRIGUEZ CARABALLO sustained damages in an amount exceeding seventy-five thousand dollars.
>
> WHEREFORE, the plaintiff, DEILY DANIEL RODRIGUEZ CARABALLO, demands judgment against the Defendants in an amount

which exceeds the jurisdictional limits of other Courts which would otherwise have jurisdiction herein, together with costs and disbursements of this action, and with interest from the date of the accident, in an amount to be determined upon trial of this action.

See Exhibit "A" at ¶¶ 67-69, 71-72

7. Based upon a fair reading of the Complaint plaintiff has set forth a claim in which an amount in excess of the jurisdictional limit of $75,000, exclusive of interest and costs, may be at stake.

8. Upon information and belief, defendant, Safeguard Properties, LLC is a Louisiana limited liability company with a principal place of business in Atlanta, Georgia.

9. Upon information and belief, defendant Safeguard Properties, LLC is owned by Safeguard Storage Properties, LLC, which is a Delaware limited liability with a principal place of business in Atlanta, Georgia.

10. Upon information, and based on the above, Safeguard Properties, LLC is a citizen of Louisiana, Georgia, and Delaware.

11. Defendant, Safeguard Properties Management, LLC, was, at all times material hereto, a Delaware limited liability company with a principal place of business in Valley View, Ohio.

12. Safeguard Properties Management, LLC is a privately held Delaware limited liability company that is 100% owned by Safeguard Holdings, L.P.  Safeguard Holdings, L.P. is a Delaware limited partnership with its principal place of business in Ohio.

13. Safeguard Holdings, L.P. has one general partner consisting of Safeguard Holdings, G.P., LLC.

14. Safeguard Holdings, G.P., LLC is a Delaware limited liability company with a principal place of business in Ohio.

15. Safeguard Holdings, G.P., LLC is owned by KJH Holdings Co., Inc., The Asher Yona Klein 2010 Dynasty Gifting Trust UTAD March 1, 2010, The Amir and Edna Jaffa Family Trust UTAD March 1, 2010, The Dina Halpern 2010 Dynasty Gifting Trust UTAD March 1, 2010, and The Natan Klein 2010 Dynasty Gifting Trust UTAD March 1, 2010. KJH Holdings Co, Inc. is an Ohio corporation with a principal place of business in Ohio. All of the owners of Safeguard Holdings, G.P., LLC are Ohio citizens.

16. Safeguard Holdings, L.P. also has five limited partners. The five limited partners are KJH Holdings Co., Inc., The Asher Yona Klein 2010 Dynasty Gifting Trust UTAD March 1, 2010, The Amir and Edna Jaffa Family Trust UTAD March 1, 2010, The Dina Halpern 2010 Dynasty Gifting Trust UTAD March 1, 2010, and The Natan Klein 2010 Dynasty Gifting Trust UTAD March 1, 2010. KJH Holdings Co, Inc. is an Ohio corporation with a principal place of business in Ohio. The five limited partners of Safeguard Holdings, L.P. are all Ohio citizens.

17. Based on the above, Safeguard Properties Management, LLC is a citizen of Delaware and Ohio.

18. Upon information and belief, plaintiff, Diely Daniel Rodriguez Caraballo was and still is a resident of Kings County, New York, and therefore, is a citizen of the State of New York. *See* Exhibit "A" at ¶ 1.

19. Diversity of citizenship within the meaning of 28 U.S.C. §1332, exists between plaintiffs and defendant since:

    (a) Plaintiff is a citizen of the State of New York; and

    (b) Defendants are not citizens of the State of New York.

20. Furthermore, diversity of citizenship existed at the time the Complaint was filed and continues through the time of filing of this notice, such that defendant is entitled to removal pursuant to 28 U.S.C. §1441, as amended, and 28 U.S.C. §1446.

21. Co-defendant, Safeguard Properties, LLC, consents to this removal.

WHEREFORE, defendant, Safeguard Properties Management, LLC, prays that the above-captioned action now pending in the Supreme Court of New York for Kings County be removed therefrom to this Honorable Court.

                RAWLE & HENDERSON LLP

By: _____
    Diane B. Carvell
    Attorneys for Defendant
    Safeguard Properties Management, LLC
    14 Wall St., 27th Floor
    New York, New York 10005
    (212) 323-7070
    Direct: (717) 234-1054
    File No.: 806,083-HBG

Dated: January 30, 2023

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and correct copy of the within-captioned Notice of Removal was served via first class mail, postage prepaid, on the following:

Scott A Steinberg, Esquire
LIAKAS LAW P.C.
40 Wall Street, 50th Floor
New York, New York 10005
*Counsel for Plaintiff*

Thomas G. Darmody
Mintzer Sarowitz Zeris Ledva & Meyers, LLP
17 West John Street, Sute 200
Hicksville, NY 11801
*Counsel for Safeguard Properties, LLC*

RAWLE & HENDERSON, LLP

By: _____
Diane B. Carvell, Esquire
Attorney for Defendant,
Safeguard Properties Management, LLC

DATED: January 30, 2023

12132126-1